United States District Court
Middle District of Florida

3:21-CV-605-BJD-JRK

Plaintiff
Carl Junior Grant

vs

Walmart Inc. Pick-up
4250 Phillips Hwy
Jacksonville FL 32204

FILED
2021 JUN 16 PM 4:23
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF
JACKSONVILLE, FLORIDA

Compliant

PLAINTIFF EARL Junior GRANT
Request For A motion To Tolly
THE u.s. EEOC. gov 90 DAY RIGHTS
TO SUE STATUTE of LIMITATION
And for Appointment of LEAGAL
Aid of JACKSONVILL FL
TO ASSIST THE PLAINTIFF In
Legal Represention In THIS EEOC.gov
CASE# CASE#846-2021-08950
JLA PRO Bono ATTORNEY's PRACTICE
Employment Discrimination DISABILITY
CIVIL RIGHTS And wrongfully Termination
OR Appointment of Private ATTORNEY's
PRO Bono ATTORNEY's ATLANTA GA,
DUAL LICENSE PRACTICE In FLORIDA
And Employment Discrimination DISABILITY
Civil RIGHTS And Wrongfully Termination

EEOc.gov Suit Filed under MULTIPLE
STATUTES, 1) SUIT WITH ADA CLAIM
2) SUIT FILED WITH CIVIL RIGHTS VII CLAIM

THE PLAINTIFF Recommendation
For Suit Fully-FAVORABLE Discision
MONSTARY BENEFITS FOR DAMAGES FOR PAIN
And SUFFERING In A Sucosfull Reconciation